# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABY RAPOSE,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; PAMELA BONDI, Attorney General, U.S. Department of Justice,<br><br>Respondents. | Case No.:  26cv1733 DMS DEB<br><br>**ORDER REQUIRING RESPONSE** |

On March 19, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **March 27, 2026**.  Petitioner shall file his reply on or before **March 31, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the

26cv1733 DMS DEB

Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  March 20, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv1733 DMS DEB